FILED

OCT 13, 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

Prob 12A (9/06)

# UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TEXAS**

## Report on Offender Under Supervision

**Name of Offender:** Senon Villanueva, aka: Bear

**Case Number:**   DR:19-CR-01401-KC(1)

**Name of Sentencing Judicial Officer:**   Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:**   September 23, 2019

**Original Offense:** Count One (1): Conspiracy to Transport Illegal Aliens, a violation of 8 U.S.C. § 1324

**Original Sentence:** 5 years probation

**Type of Supervision:** Probation

**Date Supervision Commenced:**   September 23, 2019

## PREVIOUS COURT ACTIONS

None.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

**Violation No 1:** You must not unlawfully possess a controlled substance.

> **Nature of Noncompliance:** On October 8, 2019, a sweat patch was removed from Seno Villanueva, which subsequently tested positive for the use of cocaine.

## U.S. Probation Officer Action:

Senon Villanueva was admonished for using cocaine; however, he denied any illegal narcotic usage. Per the Court's order, Villanueva is required to participate in the Substance Abuse Treatment Program. Villanueva was referred to Family Services Counseling in Uvalde, Texas, and is pending an intake date. In order to provide Villanueva with an opportunity to benefiting from such services and successfully complete supervision, the probation officer respectfully requests that no adverse action be taken against him at this time.

Respectfully submitted,

James Escobedo
U.S. Probation Officer
Office (830) 308-6142
Cellular (830) 734-7829
Date: October 25, 2019

Approved by,

Darren Kohut
Supervising U.S. Probation Officer
Office (830) 703-2089
Cellular (830) 422--8652

**COURT ACTION RECOMMENDED:**

[xx] Concur with above action

[ ] No action

[ ] Submit a Petition for Warrant or Summons

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Other:

Kathleen Cardone, U.S. District Judge

October 29, 2019
Date