FILED
DEC 02 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Prob 12A (9/08)

# UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TEXAS**

## Report on Offender Under Supervision

**Name of Offender:** Senon Villanueva, aka: Bear

**Case Number:** DR:19-CR-01401-KC(1)

**Name of Sentencing Judicial Officer:** Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:** September 23, 2019

**Original Offense:** Count One (1): Conspiracy to Transport Illegal Aliens, a violation of 8 U.S.C. § 1324

**Original Sentence:** 5 years probation

**Type of Supervision:** Probation

**Date Supervision Commenced:** September 23, 2019

## PREVIOUS COURT ACTIONS

On October 25, 2019, the Court was notified of the offender's first positive drug test for cocaine, which he submitted on October 8, 2019. The Court continued the offender on supervised release.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

**Violation No 1:** You must not unlawfully possess a controlled substance.

> **Nature of Noncompliance:** On October 17, 2019, a sweat patch was removed from Seno Villanueva. The laboratory results were received on October 28, 2019, and revealed the patch tested positive for the use of cocaine.

**U.S. Probation Officer Action:**

Senon Villanueva was admonished for using cocaine; however, he denied any illegal narcotic usage. The offender has begun the Substance Abuse Treatment Program in Uvalde, Texas. In order to provide Villanueva with an opportunity to benefit from such services and successfully complete supervision, the probation officer respectfully requests that no adverse action be taken at this time. Additionally, the offender will be continued to be monitored via the COMPLY drug testing system. If any additional noncompliance issues arise, the Court will be notified.

Respectfully submitted,

James Escobedo
U.S. Probation Officer
Office (830) 308-6142
Cellular (830) 734-7829
Date: October 25, 2019

Approved by,

Darren Kohut
Supervising U.S. Probation Officer
Office (830) 703-2089
Cellular (830) 422--8652

**COURT ACTION RECOMMENDED:**

[xx]   Concur with above action

[  ]   No action

[  ]   Submit a Petition for Warrant or Summons

[  ]   Submit a Request for Modifying the Conditions or Term of Supervision

[  ]   Other:

Kathleen Cardone, U.S. District Judge

November 27, 2019
Date