SPROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TEXAS

FILED
FEB 19 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Senon Villanueva, aka Bear          Case Number: DR:19-CR-01401 (1)
Name of Sentencing Judicial Officer: Honrable Kathleen Cardone, Untied States District Judge
Date of Original Sentence: September 23, 2019
Original Offense: Conspiracy to Transport, in violation of 8 § 1324
Original Sentence: 5 years probation
Type of Supervision: Probation          Date Supervision Commenced: September 23, 2019
Assistant U.S. Attorney: John Daniel Kennedy   Defense Attorney: Genaro R. Cortez

## PREVIOUS COURT ACTION

On October 25, 2019, the Court was notified of the offender's first positive drug test for cocaine, which he submitted on October 8, 2019. The Court continued the offender on probation.

On December 2, 2019, the Court was notified of the offender's second positive drug test for cocaine, which he submitted on October 17, 2019. The Court continued the offender on probation.

## PETITIONING THE COURT

☒ To issue a WARRANT
☐ To Issue a WARRANT and TRANSFER JURISDICTION to the District of:
☐ To issue a SUMMONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. **Violation No 1: You must not unlawfully possess a controlled substance.**

   Nature of Noncompliance: On October 8, 2019, a sweat patch was removed from Senon Villanueva, which subsequently tested positive for the use of cocaine.

   On October 17, 2019, a sweat patch was removed from Senon Villanueva. The laboratory results were received on October 28, 2019, and revealed the patch tested positive for the use of cocaine.

   On January 17, 2020, Senon Villanueva provided a urine sample for drug testing, which

tested positive for cocaine and opiates. A request for a laboratory confirmation has been sent and remains pending.

U.S. Probation Officer Recommendation: Senon Villanueva was admonished for using cocaine; however, he denied any illegal narcotic usage. The offender has begun the Substance Abuse Treatment Program in Uvalde, Texas. Unfortuanetlly, the offender continues to have issues from staying clear from illegal narcotics. Additionally, the offender's denial of use does not assist in him obtaining the assistance he needs. Therefore, it is respectfully requested a warrant be issued for the offender and his probation be revoked.

The term of supervision should be

☒ revoked. (Maximum penalty: __10__ years imprisonment; __1-3__ year supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

_____
Darren P. Kohut
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
James Escobedo
U.S. Probation Officer,
Date: February 5, 2020
Telephone #: 830-703-2089, ext. 6142

Approved:

_____
Jody Ann Gilzene
Supervising Assistant U.S. Attorney

cc: Javier Ceniceros
Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

- ☐ No action.
- ☒ The issuance of a WARRANT. ~~Bond is set in the amount of $XXXXXXXX cash/surety with supervision by the United States Probation Office to continue as a condition of release~~
- ☐ The issuance of a SUMMONS.
- ☐ Other _____

_____
Honorable Kathleen Cardone
U.S. District Judge

February 19, 2020
Date