PROB 12B
(7/93)

# United States District Court
## for the
## WESTERN DISTRICT OF TEXAS

**FILED**
APR 0 1 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation form 49, Waiver of Hearing is Attached)*

Name of Offender: Senon Villanueva, aka: Bear          Case Number: DR:19-CR-01401-01

Name of Sentencing Judicial Officer: Hon. Kathleen Cardone, United States District Judge

Date of Original Sentencing: September 23, 2019

Date of Revocation Sentencing: May 5, 2020

Original Offense: Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. § 1324

Original Sentence: 5 years probation

Revocation Sentence: Time served imprisonment followed by 36 months supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: May 5, 2020

---

## PETITIONING THE COURT

\_\_\_\_\_ To extend the term of supervision for () years, for a total term of () Years.

__X__ To modify the conditions of supervision as follows:

### To Remit:

The defendant shall participate in the Home Confinement program while awaiting impatient treatment with the VA. During this time, the defendant shall remain at his/her place of residence, except for employment and other activities approved in advance by the Probation Officer. The defendant shall maintain a telephone at his/her place of residence without "call forwarding," a "modem", "caller ID," "call waiting," or portable cordless telephones for the above period. At the direction of the Probation Officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the Probation Officer. The Court further orders that the defendant shall pay for costs of Home Confinement, as directed by the Probation Officer.

Senon Villanueva
DR-19-CR-01401 (01)
Request for Modifying the Conditions or Term of Supervision
(With Consent of Offender)
Page 2
PROB 12B
(7/93)

## CAUSE

On May 5, 2020, the offender began his first term of supervised release for this case. Due to Covid-19 precautions, the Court's inpatient treatment condition with the Veteran's Administration was initially stalled. However, the offender began a virtual inpatient treatment using video conferencing. The offender completed his virtual classes and was successfully discharged from the program.

As noted in the Court's directive, the offender was on home confinement pending acceptance for an inpatient treatment bed. Despite setbacks with inpatient treatment due to the pandemic, the offender's compliance has been steadfast and continues to be positive. There have been no positive drug tests, and he continues moving forward with his sobriety and supervised release plan. Based on this information and his current level of stability, it is respectfully recommended the home confinement condition be remitted, and the inpatient treatment condition be held in absentia in case the offender shows any type of illegal drug usage.

Approved:

_____
Darren P. Kohut
Supervising U.S. Probation Officer

Respectfully submitted,

_____
James Escobedo
U.S. Probation Officer
Date: March 31, 2021
Telephone #: 830-308-6142

---

THE COURT ORDERS:

____ No Action

✓ Modify of conditions as noted above.

____ Other:_____

_____
Kathleen Cardone
United States District Judge

April 1, 2021
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## Western District Texas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

### To Remitt:

The defendant shall participate in the Home Confinement program while awaiting impatient treatment with the VA. During this time, the defendant shall remain at his/her place of residence, except for employment and other activities approved in advance by the Probation Officer. The defendant shall maintain a telephone at his/her place of residence without "call forwarding," a "modem", "caller ID," "call waiting," or portable cordless telephones for the above period. At the direction of the Probation Officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the Probation Officer. The Court further orders that the defendant shall pay for costs of Home Confinement, as directed by the Probation Officer.

Witness: _____    Signed: _____
Print Name: James Escobedo              Senon Villanueva
                                        Probationer or Supervised Releasee

3-31-21
_____
Date